United States District Court
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9   JAMES SCHMIDT, et al.,
10                  Plaintiffs,                        No. C 13-00098 JSW
11       v.
12   JP MORGAN CHASE BANK, N.A., et al.,         **SUA SPONTE ORDER OF**
                                                 **REFERRAL**
13                  Defendants.
                                              /
14
15          Pursuant to Northern District Civil Local Rules 3-3(c) and 3-12(c), the Court HEREBY
16   REFERS this matter to Judge Charles R. Breyer to determine whether it is related to *Schmidt v.*
17   *JP Morgan Chase Bank, N.A.*, 12-cv-02762 CRB.
18          **IT IS SO ORDERED.**
19
20   Dated: March 7, 2013
21                                                    JEFFREY S. WHITE
                                                      UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28