UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. SCHMIDT ET AL., | No. CV 13-0098 JSW |
| Plaintiffs, | |
| v. | **ORDER FINDING CASES NOT RELATED** |
| JP MORGAN CHASE BANK, N.A. ET AL., | |
| Defendants. | |

Having reviewed this case and <u>Schmidt v. JP Morgan Chase Bank, N.A.</u>, 12-CV-02762-CRB, the Court finds that the cases are NOT related under the criteria set forth in Civil Local Rule 3-12(a)(2).

**IT IS SO ORDERED**.

Dated: March 12, 2013

_____
CHARLES R. BREYER
United States District Judge