United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES SCHMIDT,                                    No. C-13-00098 DMR

      Plaintiff(s),                         **ORDER TO SHOW CAUSE**

    v.

JP MORGAN CHASE,

      Defendant(s).
_____/

       Defendant J.P. Morgan Chase Bank N.A. has filed a motion to dismiss. [Docket Nos. 7, 22.] Currently, the motion is set for a court hearing on May 9, 2013. Plaintiffs James M. Schmidt and Robert M. Schmidt are pursuing this action without legal representation. According to the local Court rules, Plaintiffs should have filed any brief in opposition to Defendant's motion by March 7, 2013. *See* N.D. Cal. Civ. L.R. 7-3; *see also* N.D. Cal. Civ. L.R. 7-7(d) (the continuance of a hearing of a motion does not extend the time for filing and serving opposition papers). The court has received no such opposition.

       The court ORDERS <u>Plaintiffs to respond by March 25, 2013 and explain their failure to respond to the motion. In addition, Plaintiffs must simultaneously (1) submit their opposition to the court or (2) file a statement of non-opposition to the motion.</u> This order to show cause does not indicate that the court will necessarily accept Plaintiffs' late submission. If Plaintiffs do not respond by March 25, 2013, Defendant's motion may be granted.

The court further ORDERS that Defendant shall file a reply, if any, to Plaintiffs' opposition no later than April 1, 2013.

IT IS SO ORDERED.

Dated: March 15, 2013



_____
DONNA M. RYU
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2