United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SCHMIDT, *et al.*, | No. C-13-00098 DMR |
| Plaintiffs, | **ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |
| v. | |
| JP MORGAN CHASE, *et al.*, | |
| Defendants. | |

On January 8, 2013, Plaintiffs James M. Schmidt and Robert M. Schmidt filed suit in this Court, along with applications to proceed *in forma pauperis* ("IFP"). [Docket Nos. 1-3.] The IFP applications were granted on January 23, 2013. [Docket No. 6.] On February 21, 2013, Defendants JP Morgan Chase Bank, N.A. and California Reconveyance Company filed a motion to dismiss Plaintiffs' complaint. Plaintiffs did not respond to the motion. On March 15, 2013, the court issued an Order to Show Cause, instructing Plaintiffs to submit a written statement by no later than March 25, 2013 explaining their failure to respond to the motion. [Docket No. 23.] Plaintiffs did not respond to the Order to Show Cause. Accordingly, this matter is hereby dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated: April 17, 2013



_____
DONNA M. RYU
United States Magistrate Judge